

T 415.725.3000   F 510.725.3001

Jason A. Zweig
**HAGENS BERMAN SOBOL SHAPIRO LLP**
555 FIFTH AVENUE, SUITE 1700
NEW YORK, NY 10017
www.hbsslaw.com

**jasonz@hbsslaw.com**

December 29, 2017

The Hon. Analisa Torres
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:       *Anton Cobert, Individually and On Behalf of All Others Similarly Situated
          v. Rio Tinto PLC, et al.* - Case No. 1:17-cv-08169

Dear Judge Torres:

In accordance with the concurrently filed Proposed Order, Plaintiff and Class member Anton Colbert ("Mr. Colbert") respectfully requests that the Court: (1) appoint Mr. Colbert as Lead Plaintiff in the above-captioned case pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3); and (2) approve Mr. Colbert's selection of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") as Lead Counsel for the Class.

The PSLRA provides a rebuttable presumption that the "most adequate plaintiff" is the person or group of persons that has either filed the complaint or made a motion in response to a notice under 15 U.S.C. §78u-4(a)(3)(A)(i). *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(aa). Mr. Colbert filed the complaint in the instant action and published a timely notice to the Class within twenty days of filing the initial action in accordance with Section 21D(a)(3)(A)(i) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(A)(i). The class action complaint was filed on October 23, 2017, and notice was published nationally via Globe Newswire two days later, on October 25, 2017. See Exhibit A. No purported class member has made a motion in response to Plaintiff's notice.

Moreover, Mr. Colbert has the largest known financial interest in the case and otherwise satisfies the requirements of Rule 23.  Mr. Colbert has hired reputable and experienced counsel that possesses the willingness, resources, and expertise to obtain

010688-11 998664 V1

December 29, 2017
Page 2

excellent results for the Class. The firm resume of Hagens Berman is attached hereto as Exhibit B. Finally, Mr. Colbert is not subject to any unique defenses that would bar his ability to represent the class.

In light of the foregoing, Mr. Colbert meets the criteria of "most adequate plaintiff" under the PSLRA and we respectfully request that he be appointed as Lead Plaintiff on behalf of the proposed Class, and that Mr. Colbert's selection of Hagens Berman as Lead Counsel be approved.

Sincerely,

HAGENS BERMAN SOBOL SHAPIRO LLP

By     /s/ Jason A. Zweig
        Jason A. Zweig

*[Proposed] Lead Counsel for Anton Colbert*