UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                      :

ANTON COLBERT, Individually and on Behalf   :
of All Others Similarly Situated,                         :

              Plaintiff,                          :    17 Civ. 8169 (AT) [rel. 17 Civ. 7994 (AT)]

                                                      :    **RULE 7.1 STATEMENT OF**
     - v -                                        :    **RIO TINTO LIMITED**

RIO TINTO PLC, RIO TINTO LIMITED,             :
THOMAS ALBANESE and GUY ROBERT          :
ELLIOTT,                                              :

              Defendants.                       :
------------------------------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Rio Tinto Limited certifies that Rio Tinto Limited, which uses a dual-listed-company structure with Rio Tinto plc, has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       February 9, 2018                                     Respectfully submitted,

                                                                GIBSON, DUNN, & CRUTCHER LLP

                                                                 By:    /s/ Mark A. Kirsch
                                                                         Mark A. Kirsch

                                                                         200 Park Avenue
                                                                          New York, New York 10166
                                                                          Tel: (212) 351-4000
                                                                          Fax: (212) 351-4035
                                                                          Email: mkirsch@gibsondunn.com

                                                                          *Counsel for Rio Tinto plc and Rio Tinto Limited*