UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| ANTON COLBERT, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br> - v -<br><br>RIO TINTO PLC, RIO TINTO LIMITED, THOMAS ALBANESE and GUY ROBERT ELLIOTT,<br><br>     Defendants. | 17 Civ. 8169 (AT) [rel. 17 Civ. 7994 (AT)]<br><br>**RULE 7.1 STATEMENT OF RIO TINTO PLC** |

------------------------------------------------------------x

  Pursuant to Federal Rule of Civil Procedure 7.1 and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Rio Tinto plc certifies that Rio Tinto plc, which uses a dual-listed-company structure with Rio Tinto Limited, does not have a parent corporation and that Shining Prospect Pte. Ltd, a subsidiary of Aluminum Corporation of China Limited, owns more than 10% of its stock.

Dated: New York, New York
   February 9, 2018

                    Respectfully submitted,

                    GIBSON, DUNN, & CRUTCHER LLP

                    By:  /s/ Mark A. Kirsch
                        Mark A. Kirsch

                    200 Park Avenue
                    New York, New York 10166
                    Tel: (212) 351-4000
                    Fax: (212) 351-4035
                    Email: mkirsch@gibsondunn.com

                    *Counsel for Rio Tinto plc and Rio Tinto Limited*