**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ANTON COLBERT, Individually and on Behalf
of All Others Similarly Situated,

                    Plaintiff,

   -against-                               17 **CIVIL** 8169 (AT) (DCF)

## JUDGMENT

RIO TINTO PLC, RIO TINTO LIMITED,
THOMAS ALBANESE, and GUY ROBERT
ELLIOTT,
                    Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 3, 2019, Defendants' motion to dismiss the complaint is granted; accordingly, the case is closed.

**Dated:** New York, New York
           June 4, 2019

                                                     **RUBY J. KRAJICK**
                                                      Clerk of Court
                                          BY:
                                                      Deputy Clerk

                                           THIS DOCUMENT WAS ENTERED
                                           ON THE DOCKET ON 6/4/2019