UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTON COLBERT, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>      v.<br><br>RIO TINTO PLC, RIO TINTO LIMITED, THOMAS ALBANESE, and GUY ROBERT ELLIOTT,<br><br>            Defendants. | No. 1:17-cv-08169-AT-DCF<br><br>CLASS ACTION<br><br>**NOTICE OF APPEAL** |

NOTICE IS GIVEN that Plaintiff Anton Colbert, individually and on behalf of all others similarly situated, appeals to the United States Court of Appeals for the Second Circuit from: (1) the Order denying Plaintiff's motion for reconsideration under Federal Rule of Civil Procedure 59(e) (ECF No. 85), filed and entered on July 29, 2019; (2) the Order granting Defendants' motion to dismiss under Federal Rule of Civil Procedure 12(b)(6) (ECF No. 79), filed and entered on June 3, 2019; and (3) the Judgment (ECF No. 80), filed and entered on June 4, 2019.

DATED: August 27, 2019        Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By  */s/ Reed R. Kathrein*
Reed R. Kathrein (admitted *Pro Hac Vice*)
Danielle Smith (admitted *Pro Hac Vice*)
Lucas E. Gilmore
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
danielles@hbsslaw.com
lucasg@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Counsel for Lead Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2019, electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Reed R. Kathrein*
REED R. KATHREIN
