UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTON COLBERT, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>  v.<br><br>RIO TINTO PLC, RIO TINTO LIMITED, THOMAS ALBANESE, and GUY ROBERT ELLIOTT,<br><br>     Defendants. | No.  17-cv-08169-AT<br><br>CLASS ACTION<br><br>**NOTICE OF APPEAL** |

NOTICE IS GIVEN that Plaintiff Anton Colbert, individually and on behalf of all others similarly situated, appeals to the United States Court of Appeals for the Second Circuit from the Order dismissing Plaintiff's complaint, filed on February 7, 2022 (Doc. No. 91).[1]

DATED:  August 5, 2022                Respectfully submitted,


HAGENS BERMAN SOBOL SHAPIRO LLP

By     */s/ Reed R. Kathrein*
     Reed R. Kathrein (admitted *Pro Hac Vice*)

Lucas E. Gilmore
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Counsel for Lead Plaintiff*

---

[1] *See* Fed. R. App. P. 4(a)(7)(A)(ii) (where separate judgment required, order is "entered" for purposes of appeal time when "150 days have run" from its entry on civil docket).

**CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2022, electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Reed R. Kathrein*
REED R. KATHREIN